(71 South. 133)

No. 21781.

STATE v. MAROUN.

(Feb. 7, 1916. Rehearing Denied March 6, 1916.)

Appeal from First Judicial District Court, Parish of Caddo; T. F. Bell, Judge.

Philip Maroun was convicted of retailing spirituous liquors without a license, and appeals. Reversed, and ordered that accused be discharged.

Chas. F. Crane and E. P. Mills, both of Shreveport, for appellant. R. G. Pleasant, Atty. Gen., and Wm. A. Mabry, Dist. Atty., of Shreveport (G. A. Gondran, of New Orleans, of counsel), for the State.

O'NIELL, J. For the reasons assigned in the opinion in the case entitled State of Louisiana v. Mike Milano (No. 21770) 71 South. 131,[1] this day decided, the verdict and sentence appealed from are annulled, and it is ordered that the accused be discharged.